UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J.LBR 9004-1**

**STEWART LEGAL GROUP, P.L.**
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
*Of Counsel to Bonial & Associates, P.C.*
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for Creditor*

Order Filed on April 14, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Cheryl S. Hargrave

Debtor.

Chapter: 13

Case No.: 19-19046-JNP

Hearing Date: April 14, 2020

Judge: Jerrold N. Poslusny, Jr.

| Recommended Local Form | ☐ Followed | ☐ Modified |

### ORDER VACATING AUTOMATIC STAY AND CO-DEBTOR STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 14, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of Toyota Motor Credit Corporation as servicer for Toyota Lease Trust ("movant"), under Bankruptcy Code section 362(d)

for relief from the automatic stay and Bankruptcy Code section 1301(c) for relief from the co-debtor stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay and co-debtor stay are vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

Personal property more fully described as:

**2019 TOYOTA CAMRY; VIN: 4T1B11HK3KU778611**

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 11/14/18*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 19-19046-JNP
Cheryl S. Hargrave                                                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Apr 14, 2020
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2020.
db             +Cheryl S. Hargrave,    200 Gloucester Ave,    Somerdale, NJ 08083-1634

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2020 at the address(es) listed below:
              Aleisha Candace Jennings    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
               ajennings@rasflaw.com
              Andrew L. Spivack    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Gavin Stewart    on behalf of Creditor    Toyota Motor Credit Corporation, as servicer for Toyota
               Lease Trust bk@stewartlegalgroup.com
              Georgette Miller    on behalf of Debtor Cheryl S. Hargrave bky@margolisedelstein.com,
               georgettemillerlaw@gmail.com;gmecfmail@gmail.com;dmayberry@georgettemillerlaw.com;smithcr50524@notify.bestcase.com;GNonnenberg@margolisedelstein.com
              Harold N. Kaplan    on behalf of Creditor    NewRez LLC hkaplan@rasnj.com,    informationathnk@aol.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Sherri Jennifer Smith    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com,
               nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 11