UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION

IN RE:                                                                CASE NO.: 19-19046\JNP
**CHAPTER 13**

**Cheryl S. Hargrave,**
    **Debtor.**

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**130 CLINTON RD #202**
**FAIRFIELD, NJ 07004**

                                                            Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                                            Authorized Agent for Secured Creditor
                                                            130 Clinton Rd #202
                                                            Fairfield, NJ 07004
                                                            Telephone: 470-321-7112

                                                            By: /s/Kimberly Wilson
                                                               Kimberly Wilson
                                                               Email: kimwilson@raslg.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 3, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

CHERYL S. HARGRAVE
200 GLOUCESTER AVE
SOMERDALE, NJ 08083

And via electronic mail to:

DILWORTH PAXSON LLP
1500 MARKET STREET, SUITE 3500E
PHILDELPHIA, PA 19102

ISABEL C. BALBOA
CHAPTER 13 STANDING TRUSTEE
CHERRY TREE CORPORATE CENTER
535 ROUTE 38 - SUITE 580
CHERRY HILL, NJ 08002

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

By: /s/ Brianna Carr