Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 19–19046–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Cheryl S. Hargrave
    200 Gloucester Ave
    Somerdale, NJ 08083

Social Security No.:
    xxx–xx–8491

Employer's Tax I.D. No.:

---

### NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:            January 19, 2024
Time:            10:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

**75** – Certification in Opposition to (related document:74 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Andrew B Finberg. Objection deadline is 12/26/2023. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Andrew B Finberg) filed by Georgette Miller on behalf of Cheryl S. Hargrave. (Attachments: # 1 Certificate of Service) (Miller, Georgette)

and transact such other business as may properly come before the meeting.


Dated: December 27, 2023
JAN: lgr

                                                            Jeanne Naughton
                                                            Clerk