Form 173 − hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−19046−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Cheryl S. Hargrave
    200 Gloucester Ave
    Somerdale, NJ 08083

Social Security No.:
    xxx−xx−8491

Employer's Tax I.D. No.:

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:             January 19, 2024
Time:                10:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

**75** − Certification in Opposition to (related document:74 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Andrew B Finberg. Objection deadline is 12/26/2023. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Andrew B Finberg) filed by Georgette Miller on behalf of Cheryl S. Hargrave. (Attachments: # 1 Certificate of Service) (Miller, Georgette)

and transact such other business as may properly come before the meeting.


Dated: December 27, 2023
JAN: lgr

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                     Case No. 19-19046-JNP
Cheryl S. Hargrave                                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                   User: admin                                                       Page 1 of 2
Date Rcvd: Dec 27, 2023           Form ID: 173                                                   Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Cheryl S. Hargrave, 200 Gloucester Ave, Somerdale, NJ 08083-1634 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2023                                 Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing ajennings@raslg.com |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com |
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Toyota Motor Credit Corporation as servicer for Toyota Lease Trust bk@stewartlegalgroup.com |
| Georgette Miller | on behalf of Debtor Cheryl S. Hargrave bky@dilworthlaw.com miller.georgetter93726@notify.bestcase.com |

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 27, 2023 | Form ID: 173 | Total Noticed: 1 |

Harold N. Kaplan
    on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING hkaplan@rasnj.com kimwilson@raslg.com

Harold N. Kaplan
    on behalf of Creditor NewRez LLC hkaplan@rasnj.com  kimwilson@raslg.com

Harold N. Kaplan
    on behalf of Creditor U.S. Bank Trust National Association hkaplan@rasnj.com  kimwilson@raslg.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Kevin Gordon McDonald
    on behalf of Creditor Toyota Lease Trust kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

Kimberly A. Wilson
    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association kimwilson@raslg.com

Melissa N. Licker
    on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING mlicker@hillwallack.com HWBKnewyork@ecf.courtdrive.com

Shauna M Deluca
    on behalf of Creditor U.S. Bank Trust National Association sdeluca@hasbanilight.com  hllawpc@gmail.com

Sindi Mncina
    on behalf of Creditor U.S. Bank Trust National Association smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 16