Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  19−19046−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Cheryl S. Hargrave
   200 Gloucester Ave
   Somerdale, NJ 08083

Social Security No.:
   xxx−xx−8491

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/21/24.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: June 21, 2024
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-19046-JNP

Cheryl S. Hargrave  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 4
Date Rcvd: Jun 21, 2024  Form ID: 148  Total Noticed: 51

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

+++     Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cheryl S. Hargrave, 200 Gloucester Ave, Somerdale, NJ 08083-1634 |
| cr | + | DITECH FINANCIAL LLC, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | Toyota Motor Credit Corporation, as servicer for T, P.O. Box 340514, Tampa, FL 33694-0514 |
| 518249665 | + | At&t, P.O.Box 537104, Atlanta, GA 30353-7104 |
| 518249666 | + | Borough of Somerdale, 105 Kennedy Blvd, Somerdale, NJ 08083-1018 |
| 518398655 | + | CAMDEN COUNTY MUA, 1645 Ferry Ave, Camden, NJ 08104-1311 |
| 518350117 | + | DITECH FINANCIAL LLC, P.O. BOX 12740, TEMPE AZ 85284-0046 |
| 518224448 | | Ditech Financial Llc, Po Box 6172, Rapid City, SD 57709 |
| 518249669 | + | Kennedy Medical Group, P.O. Box 95000, CL 4570, Philadelphia, PA 19195-0001 |
| 518249670 | | Lourdes Cardiology Services, PC, PO BOX 824699, Philadelphia, PA 19182-4699 |
| 518249671 | + | New Jersey Urology LLC, 1515 Broad Street, Suite B130, Bloomfield, NJ 07003-3085 |
| 518249673 | + | Pennsylvania Department of Labor, Office of UC Benefits, UI: Payment Services, PO Box 67503, Harrisburg, PA 17106-7503 |
| 518249675 | + | Radiology Assoc of New Jersey, PC, PO Box 1343, Indianapolis, IN 46206-1343 |
| 518249677 | | Regional Sewer Service, PO BOX 1105, Bellmawr, NJ 08099-5105 |
| 518377419 | + | Toyota Lease Trust, Kevin G. McDonald, Esquire, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518224454 | +++ | Toyota Motor Credit, P.O. Box 4102, Carol Stream, IL 60197-4102 |
| 519507817 | +++ | U.S. Bank Trust National Association, Selene Finance, LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 518249680 | + | Utility Delinquent Notice, Borough of Somerdale, PO Box 216, Somerdale, NJ 08083-0216 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 21 2024 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 21 2024 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | ^ | MEBN | Jun 21 2024 20:31:18 | Toyota Motor Credit Corporation, as servicer for T, P.O. Box 340514, Tampa, FL 33694-0514 |
| cr | + | Email/Text: RASEBN@raslg.com | Jun 21 2024 20:44:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| cr | + | Email/Text: RASEBN@raslg.com | Jun 21 2024 20:44:00 | U.S. Bank Trust National Association, not in its i, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Road, Duluth, GA 30097-8458 |
| 518249664 | + | Email/Text: csc.bankruptcy@amwater.com | Jun 21 2024 20:46:00 | American Water, PO Box 371331, Pittsburgh, PA 15250-7331 |
| 518224447 | ^ | MEBN | Jun 21 2024 20:28:08 | Apex Asset, 2501 Oregon Pike, Lancaster, PA |

Case 19-19046-JNP    Doc 81    Filed 06/23/24    Entered 06/24/24 00:19:36    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 21, 2024 | Form ID: 148 | Total Noticed: 51 |

| | | | | |
|---|---|---|---|---|
| | | | | 17601-4890 |
| 518326513 | + | EDI: TCISOLUTIONS.COM | Jun 22 2024 00:21:00 | Bank of Missouri, PO Box 89725, Sioux Falls, SD 57109-9725 |
| 518249667 | ^ | MEBN | Jun 21 2024 20:31:38 | Byram, PO Box 277596, Atlanta, GA 30384-7596 |
| 518297591 | + | Email/Text: bankruptcy@cavps.com | Jun 21 2024 20:46:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 518224449 | | EDI: CITICORP | Jun 22 2024 00:21:00 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 518224451 | | EDI: CITICORP | Jun 22 2024 00:21:00 | Macys/dsnb, Po Box 8218, Mason, OH 45040 |
| 518346406 | | EDI: Q3G.COM | Jun 22 2024 00:21:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518650237 | | Email/Text: ECMCBKNotices@ecmc.org | Jun 21 2024 20:45:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 518650238 | | Email/Text: ECMCBKNotices@ecmc.org | Jun 21 2024 20:45:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408, ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 518322899 | | Email/Text: BNCnotices@dcmservices.com | Jun 21 2024 20:45:00 | EMERGENCY PHYSICIAN ASSOCIATES OF S.JERSEY,PC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 518224450 | ^ | MEBN | Jun 21 2024 20:30:25 | Financial Recoveries, 200 E Park Dr Ste 100, Mount Laurel, NJ 08054-1297 |
| 518249668 | | Email/Text: GCSBankruptcy@gcserv.com | Jun 21 2024 20:43:00 | CDGCSV70, PO Box 857, Oaks, PA 19456 |
| 518664463 | + | Email/Text: RASEBN@raslg.com | Jun 21 2024 20:44:00 | NewRez LLC, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 518614312 | | Email/Text: mtgbk@shellpointmtg.com | Jun 21 2024 20:44:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518614313 | | Email/Text: mtgbk@shellpointmtg.com | Jun 21 2024 20:44:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826, NewRez LLC d/b/a Shellpoint Mortgage Ser, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518251422 | + | Email/Text: bncnotifications@pheaa.org | Jun 21 2024 20:44:00 | PHEAA, PO Box 8147, Harrisburg PA 17105-8147 |
| 518249674 | ^ | MEBN | Jun 21 2024 20:29:26 | PSE&G, P. O. Box 14444, New Brunswick, NJ 08906-4444 |
| 518249672 | ^ | MEBN | Jun 21 2024 20:31:18 | Penn Medicine, PO BOX 824406, Philadelphia, PA 19182-4406 |
| 518250352 | ^ | MEBN | Jun 21 2024 20:31:16 | Penn Medicine, UPHS Physicians Patient Pay, PO Box 824406, Philadelphia, PA 19182-4406 |
| 518224452 | + | Email/Text: bncnotifications@pheaa.org | Jun 21 2024 20:44:00 | Pheaa, Po Box 61047, Harrisburg, PA 17106-1047 |
| 518249676 | + | Email/Text: ngisupport@radiusgs.com | Jun 21 2024 20:44:00 | Radius Global Solutions LLC, P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 518224453 | + | EDI: TCISOLUTIONS.COM | Jun 22 2024 00:21:00 | Tbom/total Crd, 5109 S Broadband Ln, Sioux Falls, SD 57108-2208 |
| 518249679 | + | EDI: TCISOLUTIONS.COM | Jun 22 2024 00:21:00 | The Bank of Missouri, PO Box 5235, Sioux Falls, SD 57117-5235 |
| 518301413 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jun 21 2024 20:44:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 520020854 | | Email/PDF: bncnotices@becket-lee.com | Jun 21 2024 20:49:41 | Toyota Lease Trust, c/o Becket and Lee LLP, PO |

Case 19-19046-JNP   Doc 81   Filed 06/23/24   Entered 06/24/24 00:19:36   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 21, 2024 | Form ID: 148 | Total Noticed: 51 |

| | | | | |
|---|---|---|---|---|
| 518224455 | | Email/Text: edbknotices@ecmc.org | | Box 3001, Malvern PA 19355-0701 |
| | | | Jun 21 2024 20:44:00 | U S Dept Of Ed/Gsl/Atl, Po Box 4222, Iowa City, IA 52244 |
| 518224456 | + | Email/Text: electronicbkydocs@nelnet.net | | |
| | | | Jun 21 2024 20:46:00 | Us Dept Of Ed/glelsi, 2401 International Lane, Madison, WI 53704-3121 |

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518348000 | | DITECH FINANCIAL LLC |
| 518249678 | | Taxpayer Resolution, N/A |
| cr | *+ | NewRez LLC, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 518251423 | *+ | PHEAA, PO Box 8147, Harrisburg PA 17105-8147 |
| 518330867 | *+ | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 519507818 | *P+++ | U.S. Bank Trust National Association, Selene Finance, LP, Attn: BK Dept, 3501 Olympus Blvd. Suite 500, Dallas, TX 75019-6295 |

TOTAL: 2 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing ajennings@raslg.com |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Toyota Motor Credit Corporation as servicer for Toyota Lease Trust bk@stewartlegalgroup.com |
| Harold N. Kaplan | on behalf of Creditor U.S. Bank Trust National Association hkaplan@rasnj.com kimwilson@raslg.com |
| Harold N. Kaplan | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING hkaplan@rasnj.com kimwilson@raslg.com |
| Harold N. Kaplan | on behalf of Creditor NewRez LLC hkaplan@rasnj.com kimwilson@raslg.com |

| District/off: 0312-1 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jun 21, 2024 | Form ID: 148 | Total Noticed: 51 |

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Kevin Gordon McDonald
    on behalf of Creditor Toyota Lease Trust kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

Kimberly A. Wilson
    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association kimwilson@raslg.com

Melissa N. Licker
    on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING mlicker@hillwallack.com  HWBKnewyork@ecf.courtdrive.com

Michelle Lee
    on behalf of Debtor Cheryl S. Hargrave bky@dilworthlaw.com

Shauna M Deluca
    on behalf of Creditor U.S. Bank Trust National Association sdeluca@hasbanilight.com  hllawpc@gmail.com

Sindi Mncina
    on behalf of Creditor U.S. Bank Trust National Association smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 16